# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ROSS J LAWSON,**

    **Plaintiff,**

v.                                    **CASE NO. 4:04-cv-00105-MP-AK**

**JAMES V CROSBY, JR,**
**DEPARTMENT OF CORRECTIONS,**

    **Defendants.**

_____/

## O R D E R

      This matter is before the Court on Plaintiff's Amended Motion for Reconsideration of the Court's previous order (doc. 12) denying him appointment of counsel. (Doc. 19). This motion is Plaintiff's second motion for reconsideration of the order denying him appointment of counsel, (see doc. 16), which the Court also denied. The Court will not grant Plaintiff counsel and stands by its previous determination that there are not exceptional circumstances which warrant appointment. Plaintiff states that he has been transferred from the institutions where many of the events of which he complains occurred, and he cannot obtain affidavits from persons who witnessed some of these events because of the prohibition against inmate correspondence. The Court has a mechanism for obtaining such affidavits and will assist Plaintiff in this process. As the Court instructed him in the previous order regarding discovery, if Plaintiff will move for discovery and attach the proposed discovery the Court will rule on whether to allow it to be served. Also, if Plaintiff will advise the Court of the inmates he wishes to obtain affidavits from and include their full names, their numbers, if known, or the institution

where they are housed, if known, and a summary of the testimony he wishes to obtain from each of them or attach the proposed affidavits or written questions he wishes them to respond to, the Court will seek assistance from the Department of Corrections.  Thus, the motion for reconsideration (doc. 19) is **DENIED.**

**DONE AND ORDERED** this _**2nd**_ day of August, 2005

                         **s/ A. KORNBLUM**
                         **ALLAN KORNBLUM**
                         **UNITED STATES MAGISTRATE JUDGE**