**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ROSS J. LAWSON,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 4:04CV105-MMP/AK**

**JAMES V. CROSBY, et al,**

    **Defendants.**

_____/

## O R D E R

It has come to the Court's attention that counsel has entered an appearance on behalf of the Plaintiff in this cause, who was proceeding *pro se.* (Doc. 32). At this point in the proceedings, a motion for summary judgment has been filed (doc. 13), and several discovery motions are pending. (Docs. 28, 29, 30 and 31). No response has been made to the motion for summary judgment. With the appearance of counsel in this cause, he may wish to conduct his own discovery and file a response to the motion for summary judgment after such discovery.

    Accordingly, it is

    **ORDERED:**

Counsel for Plaintiff shall advise the Court on or before **December 16, 2005**, by filing the appropriate motion or motions of the following: (1) whether he wishes to withdraw the currently pending *pro se* motions for discovery; (2) whether he wishes to conduct his own discovery, and if so, what time frame is required; and (3) whether he wishes to file a response to the pending motion for summary judgment, and if so, how long of an extension of time is necessary.  Counsel, of course, shall confer with opposing counsel prior to filing any such motions pursuant to local rules.

**DONE AND ORDERED** at Gainesville, Florida, this **17th** day of November, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 4:04cv105-mmp/ak**