IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROSS J. LAWSON,

    Plaintiff,

v.                                                   CASE NO. 4:04-cv-00105-MP-AK

JAMES V. CROSBY, JR, et al.,

    Defendants.

_____/

## **O R D E R**

This cause is before the Court upon Plaintiff's Unopposed Motion for Extension of Time to Respond to the Magistrate's Order, Doc. 34. The Court has considered the Motion and the pertinent parts of the record, and being otherwise fully advised in the premises, it is hereby ordered that the Motion is GRANTED. Plaintiff Ross Jay Lawson shall file a response to the Magistrate's Order, Doc. 33, by Tuesday, January 17, 2006.

**DONE AND ORDERED** this  _23rd_ day of December, 2005

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge