# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ROSS J LAWSON,**

    **Plaintiff,**

v.     CASE NO. 4:04-cv-00105-MP-AK

**JAMES V CROSBY, JR,**
**DEPARTMENT OF CORRECTIONS,**

    **Defendants.**

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion for Leave to File Amended Complaint, Conduct Additional Discovery and Re-Brief Summary Judgment. (Doc. 40). This motion is unopposed. Plaintiff has retained counsel, and the parties therefore propose that an amended complaint be filed, a new scheduling order be entered, and that the pending motion for summary judgment be "re-briefed." The Court herein adopts the proposals of counsel with one exception. Considering that the previously filed motion for summary judgment (doc. 13) is based on the original complaint (doc. 1), which has now been superseded by the filing of the amended complaint (doc. 42), and was filed prior to discovery, the Court finds that the motion should be deemed withdrawn, rather than re-briefed. Plaintiff has also filed a Notice (doc. 39) requesting that certain other motions be deemed withdrawn.

Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion for Leave to File Amended Complaint, Conduct Additional

Discovery and Re-Brief Summary Judgment (doc. 40) is **GRANTED**, and the Amended Complaint is hereby accepted for filing.  The following deadlines are hereby adopted:

Discovery to be completed: **December 29, 2006**

Expert Witness Reports to be served: **November 17, 2006**

Rebuttal Expert Witness Reports to be served: **December 15, 2006**

Dispositive motions to be served: **February 2, 2007**

2. Defendants' motion for summary judgment (doc. 13) and Plaintiff's pro se motions (docs. 28, 29, 30, and 31) are **DEEMED WITHDRAWN**, and require no further action by this Court.

**DONE AND ORDERED** this _**1st**_  day of February, 2006

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**