IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROSS J LAWSON,**

    Plaintiff,

v.                                      CASE NO. 4:04-cv-00105-MP-AK

**JAMES MCDONOUGH,**

    Defendants.
_____/

## O R D E R

This matter is before the Court on the Motion of Aleph Institute to Extend the Time to Move for Reconsideration of the Court's October 11, 2006, Order. (Doc. 85). There is no deadline for filing a motion for reconsideration. If Aleph is seeking to extend the time to comply with the directive's set forth in the Court's Order it has not asked for that, and moving for reconsideration does not automatically stay the operation of a prior Court order. See Local Rule 72.1. Thus, insofar as Aleph seeks additional time to file a motion for reconsideration, no motion is necessary since there is no deadline, and the motion (doc. 85) is **MOOT.**

**DONE AND ORDERED** this **25th** day of October, 2006

                              ***s/ A. KORNBLUM***
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**