IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROSS J LAWSON,**

    **Plaintiff,**
v.                                                                     CASE NO. 4:04-cv-00105-MP-AK

**DEPARTMENT OF CORRECTIONS,**
**et al,**

    **Defendants.**
_____/

## O R D E R

This matter is before the Court on Defendants' Motion to Dismiss Unexhausted Issues Raised in Plaintiff's Emergency Motion for Preliminary Injunction, and Request to File Response to Exhausted Issue by April 5, 2006.  (Doc. 53).  The Emergency Motion for Preliminary Injunction (doc. 52) has already been decided (docs. 61 and 68), and the allegedly unexhausted issues were considered on the merits for purposes of deciding the emergency motion.  (See Doc. 61, p. 5).  Further, Defendants have raised the issues of exhaustion in an earlier filed motion to dismiss.  (See Doc. 51).  Thus, the motion to dismiss these claims as they relate to the emergency motion for preliminary injunction (doc. 53) is **MOOT**.

    **DONE AND ORDERED** this *1st* day of December, 2006

                             *s/ A. KORNBLUM*
                             **ALLAN KORNBLUM**
                             **UNITED STATES MAGISTRATE JUDGE**