# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ROSS J LAWSON,**

    **Plaintiff,**

**v.**                                            **CASE NO. 4:04-cv-00105-MP-AK**

**JAMES MCDONOUGH,**

    **Defendant.**

_____/

## O R D E R

       This matter is before the Court on Defendant's Motion to Compel Documents on Aleph Institute Privilege Logs for In Camera Inspection.  (Doc. 111).  Plaintiff has responded that he has no objection to the motion, insofar as it seeks an *in camera* inspection of the documents listed on Aleph's privilege log.  (Doc. 116).  Consequently, the Court will grant the motion for the documents to be submitted for *in camera* review and consider the arguments of the parties asserted in the motion to compel and the response thereto, in its review of the documents.  Thus, no further briefing on the issues concerning the documents is needed at this time.

       Also before the Court is the Joint Motion for Modification of Pretrial Deadlines. (Doc. 117).  The Court has separately submitted a Report and Recommendation to the district judge on Defendant's motion to dismiss which may affect pretrial deadlines, but the deadlines requested in the present motion shall be adopted herein with the understanding that additional modifications may be necessary based on these recommendations and the district judge's acceptance thereof.  The parties also indicate in their motion a readiness for trial in June 2007.  However, no trial date will be given

until after discovery has concluded.

Accordingly, it is

**ORDERED:**

1. Defendant's Motion to Compel (doc. 111) is **GRANTED**, and Aleph shall deliver on or before **January 5, 2007**, directly to the chambers of the **United States Magistrate Judge Allan Kornblum, Room 383, 401 SE 1st Avenue, Gainesville, Florida 32601**, the approximately 100 documents described on its privilege logs by whatever means it deems necessary and file a Notice of Delivery *only* documenting the date of said delivery.

2. Joint Motion for Modification of Pretrial Deadlines (doc. 117) is **GRANTED**, and the following scheduling deadlines are hereby imposed:

Plaintiff's Expert Reports Due - January 31, 2007

Defendant's Expert Reports Due - February 28, 2007

Plaintiff's Rebuttal Expert Report Due - March 16, 2007

Discovery Deadline - March 30, 2007

Dispositive Motions Due - April 13, 2007

**DONE AND ORDERED** this **27th**  day of December, 2006

       s/ A. KORNBLUM
      **ALLAN KORNBLUM**
      **UNITED STATES MAGISTRATE JUDGE**