UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

ROSS JAY LAWSON,

    Plaintiff,

vs.                                    CASE NO. 4:04cv105 MMP/AK

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Defendant.

_____/

## MCDERMOTT WILL & EMERY LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ROSS JAY LAWSON

McDermott Will & Emery LLP (the "Firm"), pursuant to N.D. Fla. Loc. R. 11.1(F)(1), moves this Court to enter an order granting the Firm leave to withdraw as counsel for Plaintiff Ross Jay Lawson, and in support thereof, states:

    1.     McDermott Will & Emery LLP currently serves as counsel of record in the above-styled case for Plaintiff Ross Jay Lawson. The Firm has voluntarily represented Mr. Lawson on a *pro bono* basis since the Fall of 2005. By this Motion, the Firm now seeks to withdraw as counsel to Mr. Lawson due to irreconcilable differences between the Firm and Mr. Lawson.

    2.     It has become clear that Mr. Lawson and the Firm fundamentally disagree over the proper legal strategy and approach in prosecuting this case. *See* R. Regulating Fla. Bar 4-1.16(b)(2) (permitting withdrawal if "the client insists upon taking action that the lawyer considers . . . imprudent, or with which the lawyer has a fundamental disagreement"). In addition, on numerous occasions, the Firm and Mr. Lawson have agreed upon a litigation strategy only to have Mr. Lawson repudiate that agreement at a

later date. *See id.* § 4-1.16(b)(4) (permitting withdrawal if "the representation . . . has been rendered unreasonably difficult by the client"). Unfortunately, given these fundamental legal and strategic disagreements, communications between Mr. Lawson and the Firm have deteriorated to the point where effective representation is no longer possible, and the Firm believes that these differences are incapable of either resolution or compromise.[1]

3. Should the Court permit the Firm to withdraw, there would be no material adverse effect on Mr. Lawson. *See* R. Regulating Fla. Bar 4-1.16(b)(1) (stating that "a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client"). No trial date has been set in this matter, there are no open matters on the Court's calendar, and discovery is ongoing.[2] In addition, Mr. Lawson is fully capable of proceeding on his own behalf, as evidenced by the fact that he filed the initial complaint in this matter and handled the case for more than a year without the assistance of counsel.

4. Pursuant to N.D. Fla. Loc. R. 11.1(F)(1), the Firm notified Mr. Lawson of its intent to move to withdraw (and served him with a copy of this Motion) by letter sent via U.S. mail and Federal Express on October 12, 2007.

---

[1] The Firm is prepared to submit documentation of these differences and the efforts made to resolve them upon the direction of the Court, but has not attached such documentation to the Motion in order to safeguard the attorney-client privilege.

[2] The only approaching deadline is for Plaintiff's expert witness disclosures on November 2, 2007.

5.       Pursuant to N.D. Fla. Loc. R. 7.1(B), the Firm has conferred with counsel for the Defendant prior to filing this Motion.  While counsel for Defendant does not object to the relief requested herein, Mr. Lawson does object to the Firm's withdrawal.

**WHEREFORE**, McDermott Will & Emery, LLP respectfully requests that this Court enter an Order granting the Firm leave to withdraw and relieving the Firm of any further obligation in this case, together with such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that, on **October 12, 2007**, a copy of the foregoing was (1) sent via U.S. mail and Federal Express to Plaintiff Ross Jay Lawson, c/o Mayo Correctional Institution, 8784 U.S. Highway 27 West, Mayo, Florida 32066-3458, and (2) electronically filed with the Clerk of Court by using the CM/ECF system, which automatically sends electronic notice to Caryl Kilinski, AAG, OFFICE OF THE ATTORNEY GENERAL, THE CAPITOL, Suite PL-01, Tallahassee, Florida 32399-1050, *Counsel for Defendant Florida Department of Corrections.*

**McDERMOTT WILL & EMERY LLP**

By:      */s/ Justin B. Uhlemann*
Steven E. Siff (FBN: 352330)
*ssiff@mwe.com*
Justin B. Uhlemann (FBN: 568872)
*juhlemann@mwe.com*
Alice E. Meyer (FBN: 772941)
*aemeyer@mwe.com*
201 S. Biscayne Blvd., Ste. 2200
Miami, Florida 33131-4336
Tel.  305.358.3500
Fax.  305.347.6500