IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROSS LAWSON,

    Plaintiff,

v.                                                                                    CASE NO. 4:04-cv-00105-MP-AK

FLORIDA DEPT. OF
CORRECTIONS, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 147, Appeal of Magistrate Judge Decision, filed by the law firm of McDermott Will & Emery LLP, counsel for Plaintiff Ross Lawson.  A hearing on this motion was held on Thursday, January 17, 2008.  At the hearing, the firm sought review of the Magistrate Judge's decision denying the firm's motion to withdraw.  Counsel stated that fundamental disagreements with the Plaintiff have arisen over the approach to this case, which have led to a breakdown in communication.  Because of this, the firm states that it can no longer offer Plaintiff meaningful legal assistance, and it requests that the Magistrate's order denying the motion to withdraw be reversed.

Plaintiff Lawson objected to the firm's motion, and stated that he would be prejudiced by allowing the firm to withdraw.  Furthermore, Plaintiff disputed the firm's claims that irreconcilable differences exist, and Plaintiff has stated that he has acquiesced with every tactical decision suggested by the firm.  In response, the firm stated that while the Plaintiff has eventually agreed with the firm's suggestions, he nevertheless has consistently fought against the suggestions, which has hindered the entire process.  In support of this claim, the firm offered to supplement its motion with various documents.  Because these documents contained privileged

information, the firm requested to file them for *in camera* review, rather than discuss them during the telephone conference.  This request is granted, and the firm of McDermott Will & Emery LLP shall file its supplement to the record on or before Monday, January 28, 2008.  The firm shall also mail copies of these documents to Plaintiff Lawson.  After the Court considers the supplement, it will either rule on the motion based on the filed documents, or it will schedule another hearing on the matter.

**DONE AND ORDERED** this   *18th*   day of January, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge