UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

ROSS JAY LAWSON,

    Plaintiff,

vs.                                      CASE NO. 4:04cv105 MMP/AK

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Defendant.

_____/

**MCDERMOTT WILL & EMERY LLP'S NOTICE OF FILING UNDER SEAL DOCUMENTS FOR *IN CAMERA EX PARTE* REVIEW IN SUPPORT OF ITS MOTION TO WITHDRAW AS COUNSEL FOR ROSS JAY LAWSON**

    McDermott Will & Emery LLP, pursuant to this Court's Order dated January 18, 2008 (D.E. 152), hereby gives notice of filing under seal documents for *in camera ex parte* review in support of its Motion to Withdraw as Counsel for Ross Jay Lawson (D.E. 140). The documents filed under seal have been sent to the Clerk of Court by Federal Express for delivery on Monday, January 28, 2008. Copies of this Notice and the documents filed under seal also have been sent to Plaintiff Ross Jay Lawson by express U.S. Mail for delivery on Monday, January 28, 2008.

**CERTIFICATE OF SERVICE**

    **WE HEREBY CERTIFY** that on **January 25, 2008**, (i) this Notice was electronically filed with the Clerk of Court by using the CM/ECF system, which automatically sends electronic notice to Caryl Kilinski, AAG, OFFICE OF THE ATTORNEY GENERAL, THE CAPITOL, Suite PL-01, Tallahassee, Florida 32399-1050, *Counsel for Defendant Florida Department of Corrections*, and (ii) this Notice and copies of the documents filed under seal were served via express U.S. mail on Plaintiff Ross Jay

– 2 –

Lawson, c/o Mayo Correctional Institution, 8784 U.S. Highway 27 West, Mayo, Florida 32066-3458.

**McDERMOTT WILL & EMERY LLP**

By:     */s/ Justin B. Uhlemann*
Steven E. Siff (FBN 352330)
*ssiff@mwe.com*
Justin B. Uhlemann (FBN 568872)
*juhlemann@mwe.com*
Alice E. Meyer (FBN 772941)
*aemeyer@mwe.com*
201 S. Biscayne Blvd., Ste. 2200
Miami, Florida 33131-4336
Tel. 305.358.3500
Fax. 305.347.6500