# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ROSS J. LAWSON,

    Plaintiff,

v.                                                CASE NO. 4:04-cv-00105-MP-AK

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

## O R D E R

This matter is before the Court on the Mandate of the United States Court of Appeals for the Eleventh Circuit, Appeal No. 10-10619. (Doc. 240). On appeal from this Court's December 2, 2009 order dismissing plaintiff's complaint filed pursuant to 42 U.S.C. § 1983, the Court of Appeals held that this Court "abused its discretion by dismissing [this] action as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i)," since § 1915(e) only applies to cases in which the plaintiff is proceeding *in forma pauperis*. Thus, the Court of Appeals reversed and remanded this Court's December 2, 2009 order and judgment.

This Court's December 2, 2009 order did not make it clear that the Court was not dismissing plaintiff's case as frivolous under 28 U.S.C. § 1915(e)(2)(B)(I) but rather as a sanction for filing a pleading containing false allegations, pursuant to Rule 11(c) of the Federal Rules of Civil Procedure. As the magistrate judge concluded, "[t]he Court may impose sanctions upon a party who knowingly files a pleading containing false allegations, which includes dismissal." *See* Fed. R. Civ. P. 11(c); *Hood v. Tompkins*, 197 Fed Appx. 818, 819 (11th Cir. 2006). While the Eleventh Circuit is correct that dismissal under § 1915(e) is not appropriate,

dismissal under Rule 11(c) is.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

1. The Clerk is directed to VACATE the Court's December 2, 2009 order and judgment (docs. 201 and 202) pursuant to the mandate of the United States Court of Appeals for the Eleventh Circuit.

2. The magistrate judge's Report and Recommendation (doc. 196) is adopted and incorporated by reference in this order.

3. Plaintiff's Motion to Strike or in the alternative Motion For Extension of Time (doc. 199) is DENIED.

4. This case is DISMISSED with prejudice as a sanction for filing a pleading containing false allegations, pursuant to Rule 11(c) of the Federal Rules of Civil Procedure.

5. Plaintiff's Motion to Enforce Mandate (doc. 244) is DENIED as moot.

**DONE AND ORDERED** this  *13th* day of March, 2013

 *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge