# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ROSS J LAWSON,

    Plaintiff,

v.                                  CASE NO. 4:04-cv-00105-WTH-GRJ

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 16, 2018. (ECF No. 414). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at ECF No. 415. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, ECF No. 414,

and the Report and Recommendations incorporated by ECF No. 414, are adopted and incorporated by reference in this order.

2. Plaintiff's Motion for Preliminary Injunction, ECF No. 285, is GRANTED. A preliminary injunction is entered ordering Defendants to provide Plaintiff with Kosher meals consistent with the injunction entered in *United States v. Secretary, Fla. Dep't of Corr.*, No. 1:12-cv-22958-PAS, 2015 WL 1977795 (S.D. Fla. Aug. 12, 2015). The injunction meets the neednarrowness requirements of the PLRA because it is narrowly drawn, extends no further than necessary to correct the RLUIPA violation, and is the least intrusive means necessary to correct the RLUIPA violation.

3. Plaintiff's Motion for Preliminary Injunction, ECF No. 291, is DENIED and Plaintiff's claims relating to Shacharis, Mincha, Rosh Hashana, Yom Kippur, Shemini Atzeret, and Simchat Torah are DISMISSED without prejudice for failing to exhaust administrative remedies before filing suit.

4. Plaintiff's Motion for Preliminary Injunction, ECF No. 376, is DENIED.

5. Defendants' Motion for Summary Judgment, ECF No. 381, is GRANTED as to Plaintiff's claims concerning a Kosher diet, Sukkah booth, Havdalah, request for a nondenominational room, and request for consultation with an Orthodox rabbi, and DENIED without prejudice as to Plaintiff's grooming claims.

6. Defendants' Renewed Motion for Summary Judgment regarding Plaintiff's grooming claims, ECF No. 403, is GRANTED.

7. To the extent that Plaintiff's Objections raise claims not found in the Complaint, such claims are denied as not properly before the Court.

8. The Clerk is directed to enter the following judgment: "Summary judgment is granted in favor of defendant on Plaintiff's claims concerning a Kosher diet, Sukkah booth, Havdalah, request for a nondenominational room, request for consultation with an Orthodox

rabbi, and as to Plaintiff's grooming claims."

9. The Clerk is directed to close the file.

**DONE AND ORDERED** this  *19th*   day of October, 2018

*[signature]*

UNITED STATES DISTRICT JUDGE